# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tatel, David S | U.S. Court of Appeals, DC Cir. | 5/11/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Prettyman U.S. Courthouse <br> 333 Constitution Ave., NW <br> Washington, DC 20001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Carnegie Foundation for the Advancement of Teaching |
| 2. Director | Historical Society for the District of Columbia Circuit |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | Self-Employed (education consultant) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | Berkeley, CA, 3/17-18, Executive Committee & Board Meetings (meals, hotel, transportation, and long distance telephone). |
| 2. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | Berkeley, CA, 7/28-29, Executive Committee and Board Meetings (meals, hotel, and transportation). |
| 3. | Carnegie Foundation for the Advancement of Teaching, Stanford, CA | Edinburgh, Scotland, 10/3-4, International Philanthropy Symposium (meals, hotel, and transportation). |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chevy Chase Bank- checking acct. | A | Interest | J | T | | | | | |
| 2. Chevy Chase Bank- CD | A | Interest | J | T | | | | | |
| 3. SEI Daily Income Prime Obligation Cl. B | B | Dividend | K | T | | | | | |
| 4. Maryland St Dept Transn Cons Transn Rev dtd 9/15/94 5% | B | Interest | K | T | | | | | |
| 5. Charles Cnty MD Cons Pub Impt GO dtd 2/15/96 5% | B | Interest | L | T | | | | | |
| 6. Honolulu Hawaii City & Cnty dtd 9/1/96 6% | B | Interest | | | Matured | 9/1 | K | A | |
| 7. Starbucks Corp. | | None | K | T | | | | | |
| 8. Standard & Poors Midcap 400 | A | Dividend | L | T | | | | | |
| 9. Federal Realty Investment Trust | B | Dividend | L | T | | | | | |
| 10. Avalonbay Communities | B | Dividend | K | T | | ` | | | |
| 11. Poore Brothers, Inc. | | None | | | Sold | 1/13 | J | A | |
| 12. St. Joe Company | A | Dividend | K | T | | | | | |
| 13. Archstone-Smith Trust | B | Dividend | L | T | Partial Sale | 6/22 | J | D | |
| 14. New Germany Fund | A | Dividend | | | Sold | 6/22 | K | A | |
| 15. Ishares MSCI Singapore (Free) Index Fund | | None | | | Sold | 6/22 | K | B | |
| 16. Calvert Group Tax-Free Money Market Fund | A | Dividend | J | T | | | | | |
| 17. Harford Cnty MD 4.25% 1/15/09 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Century Global Gold Fund | | None | K | T | | | | | |
| 19. ISHARES Russell 2000 | A | Dividend | K | T | | | | | |
| 20. ISHARES S&P Europe 350 | B | Dividend | L | T | | | | | |
| 21. New Zealand Govt. 6.5% due 2/15/05 | B | Interest | | | Matured | 2/15 | L | D | |
| 22. ISHARES Lehman 1-3yr Treasury Bond | A | Dividend | | | Sold | 4/12 | L | A | |
| 23. ISHARES MSCI Spain | A | Dividend | K | T | | | | | |
| 24. T. Rowe Price New Asia Fund #39 | C | Dividend | K | T | Addl. Purch | 12/14 | J | | |
| 25. iShares Nasdaq Biotech Index | | None | | | Sold | 8/5 | K | C | |
| 26. U.S. Treasury Bill due 1/27/05 | A | Interest | | | Matured | 1/27 | K | A | |
| 27. U.S. Treasury Bill due 4/28/05 | A | Interest | | | Matured | 4/28 | L | A | |
| 28. Morgan Stanley MTN Var-Cpn due 2/01/11 | B | Interest | K | T | | | | | |
| 29. Nexen Inc. | A | Dividend | K | T | Purchased | 6/27 | K | | |
| 30. Suncor Energy Inc. | A | Dividend | K | T | Purchased | 2/23 | K | | |
| 31. U.S. Treasury Bill Z-Cpn due 2/23/06 | A | Interest | K | T | Purchased | 8/25 | L | | |
| 32. See Item 31 | | | | | Partial Sale | 12/6 | K | A | |
| 33. U.S. Treasury Bill due 4/27/06 | | None | L | T | Purchased | 10/31 | L | | |
| 34. Midfirst Bank CD 4% due 10/5/06 | | None | K | T | Purchased | 10/5 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. U.S. Treasury Bill due 7/28/05 | A | Interest | | | Purchased | 1/31 | L | | |
| 36. See Item 35 | | | | | Matured | 7/28 | L | A | |
| 37. U.S. Treasury Bill due 8/25/05 | B | Interest | | | Purchased | 2/28 | L | | |
| 38. See Item 37 | | | | | Matured | 8/25 | L | A | |
| 39. U.S. Treasury Bill due 10/27/05 | B | Interest | | | Purchased | 5/2 | L | | |
| 40. See Item 39 | | | | | Matured | 10/27 | L | A | |
| 41. U.S. Treasury Bill due 1/26/06 | A | Interest | | | Purchased | 7/29 | K | | |
| 42. See Item 41 | | | | | Sold | 12/6 | K | A | |
| 43. Simplified Employee Pension Plan (SEP-IRA) | A | Dividend | L | T | | | | | |
| 44. See Item 43 | A | Interest | | | | | | | |
| 45. --Adams Express Co. | | | | | Partial Sale | 5/3 | J | D | |
| 46. --SEI Daily Income Prime Obl Cl B | | | | | | | | | |
| 47. --St. Joe Company | | | | | Partial Sale | 11/9 | J | C | |
| 48. See Item 47 | | | | | Addl. Purch. | 11/18 | J | | |
| 49. --ISHARES S&P Europe 350 | | | | | | | | | |
| 50. --New Zealand Govt. 6.5% due 2/15/05 | | | | | Matured | 2/16 | K | C | |
| 51. --ISHARES MSCI Spain | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Canadian Oil Sands Trust | | | | | Purchased | 4/15 | J | | |
| 53. --See Item 52 | | | | | Addl. Purch. | 5/2 | J | | |
| 54. --See Item 52 | | | | | Sold | 11/9 | J | B | |
| 55. --Petroleum & RES Corp. | | | | | Purchased | 11/9 | J | | |
| 56. --Templeton Dragon Fd Inc. | | | | | Purchased | 1/19 | J | | |
| 57. --U.S. Treasury Bill Z-Cpn due 2/23/06 | | | | | Purchased | 8/25 | J | | |
| 58. --U.S. Treasury Bill due 8/25/05 | | | | | Purchased | 2/28 | J | | |
| 59. See Item 58 | | | | | Matured | 8/25 | J | A | |
| 60. Individual Retirement Account | E | Dividend | P1 | T | | | | | |
| 61. See Item 60 | E | Interest | | | | | | | |
| 62. --SEI Daily Income Prime Obl Cl B | | | | | | | | | |
| 63. --Avalonbay Communities Inc. | | | | | Partial Sale | 1/19 | J | A | |
| 64. See Item 63 | | | | | Partial Sale | 12/13 | K | A | |
| 65. --Royce Value Trust, Inc. | | | | | | | | | |
| 66. --Adams Express Co. | | | | | Partial Sale | 5/10 | K | E | |
| 67. --Standard & Poors Midcap 400 | | | | | | | | | |
| 68. --Cohen & Steers Total Return Realty Fund, Inc. | | | | | Partial Sale | 11/9 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Franklin Capital Growth Fund | | | | | | | | | |
| 70. --Franklin Equity Income Fund | | | | | | | | | |
| 71. --Ishares MSCI Canada Index Fund, Inc. | | | | | Addl. Purch. | 7/21 | K | | |
| 72. --T. Rowe Price Growth & Income Fund, Inc. | | | | | Partial Sale | 12/12 | K | A | |
| 73. --T. Rowe Price Equity Income Fund, Inc. | | | | | Partial Sale | 5/26 | K | D | |
| 74. See Item 73 | | | | | Partial Sale | 12/12 | K | C | |
| 75. --T. Rowe Price Small Cap Stock Fund | | | | | Partial Sale | 4/13 | K | D | |
| 76. See Item 75 | | | | | Sold | 5/26 | K | D | |
| 77. --T. Rowe Price International Stock Fund | | | | | | | | | |
| 78. --Third Avenue Value Fund, Inc. | | | | | | | | | |
| 79. --Catellus Development Corp. | | | | | Merger | 9/20 | K | E | |
| 80. --St. Joe Co. | | | | | Partial Sale | 12/13 | K | E | |
| 81. --American Century Global Gold Fund | | | | | | | | | |
| 82. --Health Care Select SPDR | | | | | Sold | 8/10 | K | C | |
| 83. --FHLMC MTN 3.25% due 11/15/09 | | | | | | | | | |
| 84. --ISHARES Lehman 1-3 yr. Treasury Bond | | | | | Partial Sale | 10/5 | K | A | |
| 85. --See Item 84 | | | | | Sold | 11/9 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --New Zealand Govt. 6.5% due 2/15/05 | | | | | Matured | 2/15 | L | D | |
| 87. --Morgan Stanley MTN Var-Cpn 2/1/11 | | | | | | | | | |
| 88. --iShares S&P/Topix 150 Index Fund | | | | | Sold | 2/18 | K | B | |
| 89. --Weingarten Realty Investors Fund | | | | | Addl. Purch. | 11/9 | K | | |
| 90. --Lehman Bros Bank CD 2.25% 6/23/05 | | | | | Matured | 6/23 | L | A | |
| 91. --U.S. Treasury Bill 1/27/05 | | | | | Matured | 1/27 | K | A | |
| 92. --U.S. Treasury Bill Z-Cpn 5/26/05 | | | | | Matured | 5/26 | M | A | |
| 93. --U.S. Treasury Bill 6/30/05 | | | | | Matured | 6/30 | M | A | |
| 94. --CISCO Systems, Inc. | | | | | Purchase | 12/14 | K | | |
| 95. --Prologis (see Item 79) | | | | | Merger | 9/20 | K | | |
| 96. --Sanofi-Aventis ADR | | | | | Purchase | 12/14 | K | | |
| 97. --Syngenta AG ADR | | | | | Purchase | 12/14 | K | | |
| 98. --Veolia Environment ADR | | | | | Purchase | 12/14 | K | | |
| 99. --Petroleum & RES Corp. | | | | | Purchase | 5/31 | K | | |
| 100. --Templeton Dragon Fd Inc. | | | | | Purchase | 2/18 | K | | |
| 101. --U.S. Treasury Bill due 5/25/06 | | | | | Purchase | 11/25 | M | | |
| 102. --FNMA 5% due 1/15/07 | | | | | Purchase | 12/28 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --U.S. Treasury Note 4.25% due 11/30/07 | | | | | Purchase | 12/1 | M | | |
| 104. --Broadway Bank CD 3.7% due 6/30/06 | | | | | Purchase | 6/30 | L | | |
| 105. --Midfirst Bank CD 4% due 10/5/06 | | | | | Purchase | 10/5 | L | | |
| 106. --First FED CA CD 4.35% due 11/9/06 | | | | | Purchase | 11/9 | K | | |
| 107. --Canadian Oil Sands | | | | | Purchase | 2/23 | K | | |
| 108. See Item 107 | | | | | Sold | 12/14 | K | D | |
| 109. --U.S. Treasury Bill due 8/25/05 | | | | | Purchase | 2/28 | L | | |
| 110. See Item 109 | | | | | Matured | 8/25 | L | A | |
| 111. --U.S. Treasury Bill due 10/27/05 | | | | | Purchase | 5/2 | L | | |
| 112. See Item 111 | | | | | Matured | 10/27 | L | A | |
| 113. --U.S. Treasury Bill due 11/25/05 | | | | | Purchase | 5/31 | M | | |
| 114. See Item 111 | | | | | Matured | 11/25 | M | A | |
| 115. --U.S. Treasury Bill due 12/15/05 | | | | | Purchase | 6/30 | M | | |
| 116. See Item 115 | | | | | Matured | 12/15 | M | A | |
| 117. --Lehman Bros Bk CD 4.05% due 9/1/06 | | | | | Purchase | 8/31 | L | | |
| 118. Life Insurance- Massachusetts Mutual Life Insurance | | None | M | T | | | | | |
| 119. Rental property, Rappahannock County, VA (8/2/96 $86,600) | D | Rent | L | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII. Investments and Trusts

Items 78 & 94- Catellus Development Corporation merged with Prologis.  Shareholders of Catellus received ███████████ of Prologis plus $9.27 in exchange for each share of Catellus.

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S | 5/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮▮  Date __5/11/06__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544